```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:06-CR-00319 AWI |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. ) | |
| MOISES ROSALES-ROJAS, ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: January 11, 2010              Respectfully submitted,
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
                                     Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   January 13, 2010**                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE